UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
OCEANA, INC.,                           )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civil Action No. 12-0041 (PLF)
                                        )
WILBUR ROSS,                            )
United States Secretary of Commerce, et al.,  )
                                        )
            Defendants.                 )
_____ )

FINAL ORDER AND JUDGMENT

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that judgment shall be entered for the defendants.  This is a final

appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.


                                    /s/
                          _____
                          PAUL L. FRIEDMAN
                          United States District Judge

DATE:  October 1, 2020